```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 22738
   RICHARD D OCONNELL
   JENNIFER L OCONNELL                    CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2560      SSN XXX-XX-6521


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/15/04 and confirmed on 05/06/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  53532.00 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
SUN FEDERAL CREDIT UNION   SECURED          14310.00          .00        14310.00
SUN FEDERAL                NOTICE ONLY     NOT FILED          .00             .00
CITIBANK SOUTH DAKOTA      UNSECURED       NOT FILED          .00             .00
JP MORGAN CHASE BANK       UNSECURED       NOT FILED          .00             .00
CHASE MANHATTAN BANK       UNSECURED        9037.69           .00         7783.69
BLATT HASENMILLER LEIBSK   UNSECURED       NOT FILED          .00             .00
CITICARDS PRIVATE LABEL    UNSECURED        1095.86           .00          943.81
HARRIS BANK CONSUMER LOA   UNSECURED        5665.95           .00         4879.79
PEOPLES BANK               UNSECURED       10540.63           .00         9078.09
ECAST SETTLEMENT CORP      UNSECURED        2889.26           .00         2488.37
MANN BRACKEN LLC           UNSECURED       NOT FILED          .00             .00
RETAIL SERVICES            UNSECURED       NOT FILED          .00             .00
STEPHANIE BAYT             UNSECURED       NOT FILED          .00             .00
UNITED RECOVERY SYSTEMS    UNSECURED       NOT FILED          .00             .00
US BANK                    UNSECURED        6886.55           .00         5931.03
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00             .00
SUN FEDERAL CREDIT UNION   UNSECURED        5152.54           .00         4437.61
         Summary of disbursements:

-------------------------------------------------------------------------------
                  SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14310.00       .00    41268.48        .00       55578.48
PRINCIPAL PAID      14310.00       .00    35542.39        .00       49852.39
INTEREST PAID            .00       .00         .00        .00             .00
TOTAL PAID          14310.00       .00    35542.39        .00       49852.39
The Debtor's attorney, RON D ABRAMS                , was allowed $   1500.00
and was paid $   1500.00 .

The Trustee received $   2179.61 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE